IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01395-ZLW

TODD BRIAN SHARON,

    Plaintiff,

v.

ADAMS COUNTY SHERIFFS OFFICE, et al., SHERIFF DOUG DARR,
UNDERSHERIFF SISKA,
ACTING CAPTAIN LT. TWEEDEN, (Acting Captain Replacing James Wilburn),
LT. T. J. COATES,
LT. NICASTLE,
TECHNICAL SERVICES MANAGER (T.S.M.) MELANIE GREGORY,
PROGRAMS COORDINATOR STERITT FULLER,
SGT. HEINREICHS (unsure last name spelling),
SGT. MILLER (Senior),
CLASSIFICATION SERVICES SUPERVISOR (C.S.S.) BAMBI K. MARTINEZ,
MAIL ROOM SUPERVISOR ELAINE ("E.M.") RIEDL,
MAIL ROOM TECHNICIAN DEBBIE LINDER,
PRISON HEALTH SERVICES, INC., ("P.H.S.") HEAD ADMINISTRATOR LAURA
    SCHEUFELE,
PRISON HEALTH SERVICES, INC., ("P.H.S.") CHIEF MEDICAL PHYSICIAN DR.
    IVOR GARLICK,
PRISON HEALTH SERVICES, INC., ("P.H.S.") NURSING SUPERVISOR DIANNE
    SCHISSLER,
ARAMARK FOOD SERVICE CORP. FOOD SERVICE DIRECTOR ("F.S.D.") FRED
    DEMENT,
ARAMARK FOOD SERVICE CORP. ASSISTANT FOOD SERVICE DIRECTOR PEG
    O. (last name unknown),
ADAMS COUNTY SHERIFFS OFFICE DEPUTY NAYLOR, and
ADAMS COUNTY SHERIFFS OFFICE DEPUTY SPENCE,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Request for United States Marshals to Serve on Defendants Amended
42 U.S.C. § 1983 Complaint During Service of Notice of Appeal" and Plaintiff's
"Request for an Order of Lis Pendens for Plaintiff Against Defendants for the Duration

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 14 2008

GREGORY C. LANGHAM
    CLERK

of This Action," both of which were filed on October 9, 2008, are DENIED.

Dated: October 14, 2008

Copies of this Minute Order mailed on October 14, 2008, to the following:

Todd B. Sharon
Prisoner No. 08-4549
Adams County Det. Facility
150 N. 19th Avenue
Brighton, CO 80601-5001

_____
Secretary/Deputy Clerk